## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STEVEN FLETCHER,

*Plaintiff,*

v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.;

NAVY FEDERAL CREDIT UNION;
and

ABSOLUTE RESOLUTIONS, et al.

*Defendant(s)*

Case No.:  8:26-cv-981-JLB-SPF

## PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY

Pursuant to the Administrative Procedures for Electronic Filing in the Middle

District of Florida, Plaintiff Steven Fletcher, appearing pro se, respectfully moves

this Court for an order granting leave to participate in the Case

Management/Electronic Case Files (CM/ECF) system as an E-filer.

In support of this motion, Plaintiff states:

1. Plaintiff has a PACER account and access to a computer, high-speed internet,

and a scanner capable of producing PDF documents.

2. Plaintiff is familiar with the Federal Rules of Civil Procedure and the Local Rules of this District regarding electronic filing.

3. Granting this motion will promote judicial efficiency and reduce the administrative burden on the Clerk's Office.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion.

Respectfully Submitted,

Date:   April 03, 2026   By: _____

STEVEN FLETCHER, (Pro Se)
505 Walnut Street,
Auburndale, FL 33823
Telephone: (228) 260-2007
Email: cc.steventfletcher@gmail.com